# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

134345

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

TIMOTHY MARK YAX,
        Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134345
COA: 276861
Macomb CC: 2006-000455-FC

_____/

      On order of the Court, the application for leave to appeal the May 9, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

Clerk

p0917